**Additional Defendants**

1. DEPARTMENT OF HEALTH AND HUMAN SERVICES;

2. VIVEK MURTHY, United States Surgeon General, in his official capacity;

3. ERIC WALDO, Chief Engagement Officer for the Surgeon General, in his official capacity;

4. XAVIER BECERRA, Secretary of the Department of Health and Human Services, in his official capacity;

5. CENTERS FOR DISEASE CONTROL AND PREVENTION;

6. CAROL Y. CRAWFORD, Chief of the Digital Media Branch of the Division of Public Affairs at the CDC, in her official capacity;

7. DEPARTMENT OF HOMELAND SECURITY;

8. ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity;

9. CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY;

10. JEN EASTERLY, Director of the Cybersecurity and Infrastructure Security Agency, in her official capacity;

11. THE STANFORD INTERNET OBSERVATORY;

12. ALEX STAMOS, Director of the Stanford Internet Observatory;

13. RENEE DIRESTA, Research Manager of the Stanford Internet Observatory.