UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRIANNE DRESSEN, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROB FLAHERTY, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-155 |

**NOTICE OF APPEARANCE**

    Alexander V. Sverdlov, Trial Attorney of the U.S. Department of Justice's Civil Division, hereby enters his appearance as counsel for all Defendants in the above-captioned matter.

DATED:  July 11, 2023          Respectfully submitted,

           */s/ Alexander V. Sverdlov*
           ALEXANDER V. SVERDLOV
            (NY Bar 4918793)
           Trial Attorney
           United States Department of Justice
           Civil Division, Federal Programs Branch
           1100 L Street, N.W.
           Washington, DC 20005
           Phone: (202) 305-8550
           Email:  alexander.v.sverdlov@usdoj.gov