UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action 3:23-cv-155 |
| ROB FLAHERTY, White House Director of Digital Strategy, in his official capacity; *et al.*, | § § § § § | |
| Defendants. | § § | |

## **DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Court's local rules, Defendants respectfully request a 14-day extension of time, to and including August 14, 2023, to respond to Plaintiffs' complaint in this matter. The current deadline for response is July 31, 2023. This is Defendants' first request for an extension of time for that purpose. As indicated in the accompanying certificate of service, Plaintiffs consent to this request.

This extension is necessary because the parties are currently in the process of discussing an appropriate schedule for proceedings in this matter. Defendants have proposed to Plaintiffs an approach that they believe would appropriately balance the interests of resolving this case in a timely way with an efficient use of the parties' and the Court's resources. Counsel for both sides are scheduled to confer further on this proposal next week and hope to arrive at an agreement. If those discussions prove

fruitful, they may obviate the need for Defendants to respond to Plaintiffs' complaint at this time.

In light of these ongoing discussions, the parties have therefore agreed to a 14-day extension of time for Defendants' current answer deadline. Accordingly, Defendants respectfully request that the Court grant this motion and delay Defendants' current answer deadline until August 14, 2023.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel

/s/ Alexander V. Sverdlov
ALEXANDER V. SVERDLOV (NY Bar 4918793)
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

Dated: July 27, 2023          *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with counsel for Plaintiffs about this motion via email; counsel for Plaintiffs indicated that Plaintiffs consent to this motion.

## CERTIFICATE OF SERVICE

I certify that on July 27, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Alexander V. Sverdlov*