## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action 3:23-cv-155 |
| | § | |
| ROB FLAHERTY, White House | § | |
| Director of Digital Strategy, in his | § | |
| official capacity; *et al.*, | § | |
| | § | |
| Defendants. | § | |

### [PROPOSED] ORDER

Upon consideration of Defendants' consent motion for an extension of time, and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Defendants shall respond to Plaintiffs' complaint on or before August 14, 2023.

SO ORDERED


Dated: _____, 2023          _____
                                    UNITED STATES DISTRICT JUDGE