United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRIANNE DRESSEN, *et al.*, § § Plaintiffs, § § VS. § § ROB FLAHERTY, WHITE HOUSE § DIRECTOR OF DIGITAL § STRATEGY, IN HIS OFFICIAL § CAPACITY, *et al.*, § § Defendants. | 3:23-CV-155 |

## ORDER

Before the court is the defendants' unopposed motion to extend the deadline to file their response to the plaintiffs' complaint. Dkt. 7. The court grants the motion. The deadline to respond is extended to August 14, 2023.

Signed on Galveston Island this 28th day of July, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY VINCENT BROWN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE