IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **BRIANNE DRESSEN**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROB FLAHERTY**, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:23-cv-155 |

## MOTION FOR CASEY B. NORMAN TO APPEAR AS ATTORNEY-IN-CHARGE

Pursuant to L.R. 11, Plaintiffs Brianne Dressen, Shaun Barcavage, Kristi Dobbs, Nikki Holland, Suzanna Newell, and Ernest Ramirez ("Plaintiffs"), by and through undersigned counsel, file this Motion to designate Katherine ("Casey") B. Norman as attorney-in-charge of this action. In support of this Motion, Plaintiffs state as follows:

1. Casey B. Norman is an attorney with the non-partisan, non-profit New Civil Liberties Alliance ("NCLA") whom Plaintiffs have engaged *pro bono publico* to represent them in this action.

2. Ms. Norman is a member in good standing of the New York and Ohio bars. She is also admitted to United States District Court for the Southern District of Texas, as well as to the United States District Courts for the Northern District of Texas, the Northern District of California, the Eastern, Northern, and Southern Districts of New York, and the Bankruptcy Court for the Southern District of New York.

1

3. Ms. Norman has never been sanctioned in any court of which she is a member or where she practiced *pro hac vice* (or in any other court).

4. Ms. Norman has read and familiarized herself with the local rules of the Southern District of Texas, as well as the local rules of this Galveston Division.

5. Ms. Norman will be joined by Margaret A. Little of NCLA who will seek *pro hac vice* admission presently.

6. NCLA has obtained the services of local counsel S. Michael McColloch and Karen L. Cook, who are admitted to this Court, to aid in compliance with its practices.

Wherefore Plaintiffs respectfully request that the Court admit Ms. Casey B. Norman as attorney-in-charge for practice before this Court on their behalf in this matter.

Respectfully submitted,

/s/ Casey B. Norman

Casey B. Norman*
Litigation Counsel
New York Bar # 5772199
Casey.Norman@ncla.legal
*Motion to Be Admitted as Attorney-in-Charge Forthcoming*

/s/ Margaret A. Little

Margaret A. Little
Senior Litigation Counsel
Connecticut Bar # 303494
Peggy.Little@ncla.legal
*Pro Hac Vice Admission Forthcoming*

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450

Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238

* Admitted only in New York and Ohio. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

/s/ S. Michael McColloch
S. MICHAEL MCCOLLOCH, PLLC
S. Michael McColloch
Texas Bar # 13431950
Telephone: (214) 643-6055
smm@mccolloch-law.com
KAREN COOK, PLLC
Karen L. Cook
Texas Bar # 04738920
Telephone: (214) 643-6054
karen@karencooklaw.com
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206

*Attorneys for Plaintiffs*