IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRIANNE DRESSEN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROB FLAHERTY, WHITE HOUSE DIRECTOR OF DIGITAL STRATEGY, IN HIS OFFICIAL CAPACITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:23-cv-155 |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' motion for Casey B. Norman to appear as attorney-in-charge in this matter. The Court hereby grants the motion.

Signed on Galveston Island this ____ day of _____, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE