

For questions or support please contact
our customer support at: (650) 364-9612
or info@swiftlegal.com

**Order # 8008292-01**

| Order Info | Process Serving: Renee DiResta<br>Service of Process, Urgent, Suburban Area[Suburban Area], 450 Jane Stanford Way, Stanford, Ca 94305 |
|---|---|
| Case Info | Case Number: 3:23-cv-00155<br>Case Title:     Dressen, Brianne v. Flaherty, Rob<br>Jurisdiction:   Galveston, 601 Rosenberg, Rm 411 |
| Case Participants | Dressen, Brianne<br>Ramirez, Ernest<br>Barcavage, Shaun<br>Newell, Suzanna<br>Holland, Nikki<br>Dobbs, Kristi<br>Flaherty, Rob<br>Biden, Joseph R. Jr.<br>Jean-Pierre, Karine<br>Rowe, Courtney<br>Humphrey, Clarke<br>Department of Health and Human Services<br>Becerra, Xavier<br>Murthy, Vivek<br>Waldo, Eric<br>Centers for Disease Control and Prevention<br>Crawford, Carol Y.<br>Department of Homeland Security<br>Mayorkas, Alejandro<br>Cybersecurity and Infrastructure Security Agency<br>Easterly, Jen<br>The Stanford Internet Observatory<br>Stamos, Alex<br>DiResta, Renee |
| Documents | Summons: Civil Case Cover Sheet: Complaint; Galveston Division Rules of Practice;<br>Certificate of Interested Parties |

| Serve Info | Party/Address to Serve: Renee DiResta, Individual | | | | | |
|---|---|---|---|---|---|---|
| | **Business Name** | **Type** | **Address** | **City** | **State** | **Zip Code** |
| | | Business | 450 Jane Stanford Way | Stanford | CA | 94305 |
| **Notifications** | Casey Norman (casey.norman@ncla.legal), Christopher Stokes (chris.stokes@ncla.legal) | | | | | |
| **Order Details** | **On-Demand:** No | | | | | |
| | **On-Hold:** No | | | | | |
| | **Notify:** Christopher Stokes, Casey Norman | | | | | |
| | **Special Instructions:** DO NOT ADVANCE WITNESS FEES, CALL FOR AUTHORIZATION. | | | | | |



For questions or support please contact
our customer support at: (650) 364-9612
or info@swiftlegal.com

**Order #:**      8008292-01        **Case Name:** Dressen, Brianne v. Flaherty, Rob
**Status:**       Billing
**Ordered By:**   Christopher Stokes
**Ordered Type:** Process Serving
**Status Updates:**

| Date | Status |
|---|---|
| Aug 11, 2023 09:06 AM | Complete Billing on 08/11/2023 09:06 AM |
| Aug 10, 2023 04:19 PM | 450 Jane Stanford Way, Stanford, Ca 94305 (Business)<br>Personally Served, Registered Agent |
| Aug 09, 2023 02:32 PM | Assignment received |



For questions or support please contact
our customer support at: (650) 364-9612
or info@swiftlegal.com

**Order # 8008292-02**

| Order Info | Process Serving: The Stanford Internet Observatory |
|---|---|
| | Service of Process, Urgent, Suburban Area[Suburban Area], 450 Jane Stanford Way, Stanford, Ca 94305 |
| **Case Info** | Case Number: 3:23-cv-00155 |
| | Case Title:     Dressen, Brianne v. Flaherty, Rob |
| | Jurisdiction:   Galveston, 601 Rosenberg, Rm 411 |
| **Case Participants** | Dressen, Brianne |
| | Ramirez, Ernest |
| | Barcavage, Shaun |
| | Newell, Suzanna |
| | Holland, Nikki |
| | Dobbs, Kristi |
| | Flaherty, Rob |
| | Biden, Joseph R. Jr. |
| | Jean-Pierre, Karine |
| | Rowe, Courtney |
| | Humphrey, Clarke |
| | Department of Health and Human Services |
| | Becerra, Xavier |
| | Murthy, Vivek |
| | Waldo, Eric |
| | Centers for Disease Control and Prevention |
| | Crawford, Carol Y. |
| | Department of Homeland Security |
| | Mayorkas, Alejandro |
| | Cybersecurity and Infrastructure Security Agency |
| | Easterly, Jen |
| | The Stanford Internet Observatory |
| | Stamos, Alex |
| | DiResta, Renee |
| **Documents** | Summons: Civil Case Cover Sheet: Complaint; Galveston Division Rules of Practice; Certificate of Interested Parties |

| Serve Info | Party/Address to Serve: | | | | | |
|---|---|---|---|---|---|---|
| | The Stanford Internet Observatory, Business Organization, Form Unknown | | | | | |
| | **Business Name** | **Type** | **Address** | **City** | **State** | **Zip Code** |
| | | Business | 450 Jane Stanford Way | Stanford | CA | 94305 |
| Notifications | Casey Norman (casey.norman@ncla.legal), Christopher Stokes (chris.stokes@ncla.legal) | | | | | |
| Order Details | **On-Demand:** | No | | | | |
| | **On-Hold:** | No | | | | |
| | **Notify:** | Christopher Stokes, Casey Norman | | | | |
| | **Special Instructions:** | DO NOT ADVANCE WITNESS FEES, CALL FOR AUTHORIZATION. | | | | |



For questions or support please contact
our customer support at: (650) 364-9612
or info@swiftlegal.com

**Order #:**      8008292-02      **Case Name:** Dressen, Brianne v. Flaherty, Rob
**Status:**       Billing
**Ordered By:**   Christopher Stokes
**Ordered Type:** Process Serving
**Status Updates:**

| Date | Status |
|------|--------|
| Aug 11, 2023 09:11 AM | Complete Billing on 08/11/2023 09:11 AM |
| Aug 11, 2023 09:10 AM | Complete Billing on 08/11/2023 09:10 AM |
| Aug 10, 2023 04:19 PM | 450 Jane Stanford Way, Stanford, Ca 94305 (Business)<br>Personally Served, Registered Agent |
| Aug 09, 2023 02:32 PM | Assignment received |



For questions or support please contact
our customer support at: (650) 364-9612
or info@swiftlegal.com

**Order # 8008292-03**

| Order Info | Process Serving: Alex Stamos |
|---|---|
| | Service of Process, Urgent, Suburban Area[Suburban Area], 450 Jane Stanford Way, Stanford, Ca 94305 |
| **Case Info** | Case Number: 3:23-cv-00155<br>Case Title:    Dressen, Brianne v. Flaherty, Rob<br>Jurisdiction:   Galveston, 601 Rosenberg, Rm 411 |
| **Case Participants** | Dressen, Brianne<br>Ramirez, Ernest<br>Barcavage, Shaun<br>Newell, Suzanna<br>Holland, Nikki<br>Dobbs, Kristi<br>Flaherty, Rob<br>Biden, Joseph R. Jr.<br>Jean-Pierre, Karine<br>Rowe, Courtney<br>Humphrey, Clarke<br>Department of Health and Human Services<br>Becerra, Xavier<br>Murthy, Vivek<br>Waldo, Eric<br>Centers for Disease Control and Prevention<br>Crawford, Carol Y.<br>Department of Homeland Security<br>Mayorkas, Alejandro<br>Cybersecurity and Infrastructure Security Agency<br>Easterly, Jen<br>The Stanford Internet Observatory<br>Stamos, Alex<br>DiResta, Renee |
| **Documents** | Summons: Civil Case Cover Sheet: Complaint; Galveston Division Rules of Practice; Certificate of Interested Parties |

| Serve Info | Party/Address to Serve: Alex Stamos, Individual | | | | | |
|---|---|---|---|---|---|---|
| | **Business Name** | **Type** | **Address** | **City** | **State** | **Zip Code** |
| | | Business | 450 Jane Stanford Way | Stanford | CA | 94305 |
| **Notifications** | Casey Norman (casey.norman@ncla.legal), Christopher Stokes (chris.stokes@ncla.legal) | | | | | |
| **Order Details** | **On-Demand:** No | | | | | |
| | **On-Hold:** No | | | | | |
| | **Notify:** Christopher Stokes, Casey Norman | | | | | |
| | **Special Instructions:** DO NOT ADVANCE WITNESS FEES, CALL FOR AUTHORIZATION. | | | | | |



For questions or support please contact
our customer support at: (650) 364-9612
or info@swiftlegal.com

**Order #:**       8008292-03       **Case Name:** Dressen, Brianne v. Flaherty, Rob
**Status:**        Billing
**Ordered By:**    Christopher Stokes
**Ordered Type:** Process Serving
**Status Updates:**

| Date | Status |
|------|--------|
| Aug 11, 2023 09:13 AM | Complete Billing on 08/11/2023 09:13 AM |
| Aug 10, 2023 04:19 PM | 450 Jane Stanford Way, Stanford, Ca 94305 (Business)<br>Personally Served, Registered Agent |
| Aug 09, 2023 02:32 PM | Assignment received |