IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **BRIANNE DRESSEN**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **ROB FLAHERTY,** *et al.*, <br><br> *Defendants*. | Civil Action No. 3:23-cv-155 |

## **[PROPOSED] ORDER**

Before the Court is Plaintiffs' unopposed motion to reschedule the Initial Pretrial Conference and to extend the Government Defendants' deadline to file their response to the complaint in this action. The Court hereby grants the motion. The Initial Pretrial Conference is rescheduled for September 13, 2023, and the Government Defendants' deadline to respond is extended to August 31, 2023.

Signed on Galveston Island this \_\_\_\_ day of _____, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE