United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRIANNE DRESSEN, *et al.*, § § Plaintiffs, § § VS. § ROBERT FLAHERTY, *et al.*, § § Defendants. § | 3:23-cv-155 |

## **ORDER**

Before the court is the parties' joint motion to enter scheduling order, vacate the initial conference, and stay discovery. Dkt. 39. The motion is granted.

It is ordered that (1) the plaintiffs shall file their amended complaint by September 12, 2024; (2) the defendants shall file their responses / dispositive motions in response to the amended complaint by October 17, 2024; (3) the plaintiffs shall file their responses to any dispositive motions by November 15, 2024; and (4) the defendants shall file their replies to any responses by December 5, 2024.

It is further ordered that the initial conference scheduled for July 24, 2024, is vacated, and that discovery in this matter is stayed until the defendants' dispositive motions are resolved.

Signed on Galveston Island this 23rd day of July, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE