UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRIANNE DRESSEN, *et al.*, §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>ROB FLAHERTY, White House Director §<br>of Digital Strategy, in his official capacity; §<br>*et al.*, §<br>§<br>Defendants. § | Civil Action 3:23-cv-155 |

**PROPOSED ORDER**

Government Defendants' unopposed motion to vacate all pending deadlines is GRANTED.

It is ORDERED that all pending deadlines, including the deadlines set by the Court in its July 23, 2024, Order, *see* ECF No. 41, are VACATED.

It is further ORDERED that the parties shall file a Joint Status Report on or before November 4, 2024.

SO ORDERED on _____.

_____
JUDGE JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE