United States District Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:23-cv-155 |
| | § | |
| ROBERT FLAHERTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the court is the defendants' unopposed motion to vacate all pending deadlines so that all individual-capacity defendants have time to obtain representation. Dkt. 43. The motion is granted.

It is further ordered that the parties shall file a Joint Status Report on or before November 4, 2024.

Signed on Galveston Island this 7th day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/1