United States District Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:23-cv-155 |
| ROBERT FLAHERTY, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

The plaintiffs have indicated more time is needed to serve certain individual-capacity defendants. Dkt. 47. Finding that additional time is necessary, the court orders the parties to file a joint status report on or before December 4, 2024.

Signed on Galveston Island this 5th day of November, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE