United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | 3:23-cv-155 |
| ROBERT FLAHERTY, *et al.*, | | |
| Defendants. | | |

## **ORDER**

The government defendants have apprised the court that more time is needed to confer with the other parties to determine a consolidated briefing schedule. Dkt. 51. It is hereby ordered that the parties file a joint status report on or before January 10, 2025, updating the court and proposing a schedule for further proceedings.

Signed on Galveston Island this 5th day of December, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE