# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| BRIANNE DRESSEN, *et al.*,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>ROB FLAHERTY, *et al.*,<br><br>                              *Defendants*. | CASE NO. 3:23-CV-155 |

### AFFIDAVIT OF SERVICE

I, Thomas Curro, am a paralegal at New Civil Liberties Alliance, which represents Plaintiffs in the above captioned action. Pursuant to Federal Rules of Civil Procedure 4(i)(3) and 4(l), I certify that U.S. Attorney for the Southern District of Texas, the U.S. Attorney General, and all Defendants who are new parties to the case and/or are now being sued in their individual capacities under Plaintiffs' First Amended Complaint (Rob Flaherty, Andrew Slavitt, Xavier Becerra, Vivek Murthy, Carol Crawford, Alejandro Mayorkas, Jen Easterly, The Board of Trustees of the Leland Stanford Junior University, The Leland Stanford Junior University, Alex Stamos, and Renee DiResta), have been served copies of the First Amended Complaint (ECF No. 42) and the Issued Summons[1] dated October 16, 2024.  Any new Defendants in this action were also served a copy of the Galveston Division Rules of Practice.

---

[1] The service of summons to Renee DiResta was waived. *See* ¶ 10.

1

Service of these individuals and entities took place in the time, place, and manner described below:[2]

1. On October 16, 2024, I sent by certified mail, return receipt requested, a copy of the First Amended Complaint and the Issued Summons addressed to the U.S. Attorney for the Southern District of Texas, the U.S. Attorney General, and to each of the above-mentioned Defendants, to the U.S. Attorney for the Southern District of Texas, Alamdar Hamdani, at 1000 Louisiana Street, Ste. 2300, Houston, TX 77002, and the Attorney General of the United States, Merrick Garland, at 950 Pennsylvania Avenue NW, Washington, DC 20530.

2. According to the return receipts, the U.S. Attorney General received service on October 18, 2024, and the U.S. Attorney for the Southern District of Texas received service on October 21, 2024. Proof of service is attached as **Exhibit A**.

3. A process server personally served Andrew Slavitt on October 23, 2024, in Pasadena, CA, with a copy of the First Amended Complaint and Issued Summons addressed to him. Defendant Slavitt's authorized counsel accepted service by email on Mr. Slavitt's behalf of a copy of the Galveston Division Rules of Practice on November 1, 2024. Proof of service is attached as **Exhibit B**.

4. A process server served Vivek Murthy with the First Amended Complaint and Issued Summons addressed to him on October 17, 2024, in Washington, DC, via

---

[2] Any home addresses have been redacted from the exhibits attached hereto, pursuant to General Order No. 2004-11.

personal service to Defendant Murthy's security guard who was authorized to accept service of process on Mr. Murthy's behalf. Proof of service is attached as **Exhibit C**.

5. After several failed attempts to personally serve Defendants Xavier Becerra and Alejandro Mayorkas by a process server in Washington, DC, they were both served with the First Amended Complaint and Issued Summons addressed to them on November 7, 2024, via email to Mr. Mayorkas' and Mr. Becerra's counsel and designated agents who were authorized to accept service on each of their behalves. Proof of service, including of the prior failed attempts, are attached as **Exhibit D**.

6. The Morgan County, Georgia Sheriff's Office personally served Carol Crawford with the First Amended Complaint and Issued Summons addressed to her on October 31, 2024, in Madison, GA. Proof of service is attached as **Exhibit E**.

7. After two failed attempts to personally serve Defendant Jen Easterly by a process server, Ms. Easterly was served with the First Amended Complaint and Issued Summons addressed to her on October 21, 2024, in Arlington, VA via personal service to her authorized counsel. Proof of service is attached as **Exhibit F**.

8. A process server served the Board of Trustees of the Leland Stanford Junior University and the Leland Stanford Junior University with the First Amended Complaint and Issued Summons addressed to them on October 17, 2024, in Stanford, CA. Proof of service is attached as **Exhibit G**.

9. A process server personally served Alex Stamos with the First Amended Complaint and Issued Summons addressed to him on October 17, 2024, in Redwood City, CA. Proof of service is attached as **Exhibit H**.

10. On October 18, 2024, pursuant to Federal Rule of Civil Procedure 4(d), I sent the First Amended Complaint, two Waiver of the Service of Summons forms, and a prepaid return envelope by certified mail, return receipt requested, to Defendant Renee DiResta's authorized counsel, at 601 Massachusetts Avenue NW, Washington, DC 20001-3743. On November 4, 2024, Defendant DiResta's counsel signed the waiver form. The signed waiver form and proof of delivery of the form to Ms. DiResta's counsel are attached as **Exhibit I**.

11. On October 16, 2024, I made arrangements with a process server to personally serve Defendant Rob Flaherty. After four unsuccessful attempts at serving Mr. Flaherty at his last-known residential address in Washington, DC, *see* ECF No. 49-2, Plaintiffs moved for alternative methods of service, ECF No. 49, which this Court granted. ECF No. 50 (authorizing, inter alia, service via first class mail to Defendant Flaherty's last-known residential address). On November 26, 2024, I sent a copy of the First Amended Complaint and Issued Summons addressed to him via first class mail to Mr. Flaherty's last-known home address in Washington, DC, 20001. The United States Postal Service's tracking dashboard confirmed that the process was delivered on November 27, 2024. Proof of service is attached as **Exhibit J**.

I solemnly swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed: Arlington, VA  
December 12, 2024

/s/ Thomas Curro

5

**CERTIFICATE OF SERVICE**

     I certify that on December 12, 2024, I electronically filed the foregoing document with the United States District Clerk for the Southern District of Texas and electronically served all counsel of record via the District Court's ECF system.

     /s/ Casey Norman