# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Houston, TX 77002   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $4.10   0130 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $16.35 |
| Total Postage and Fees | $25.30 |

Postmark Here — 10/16/2024

Sent To: Alamdar Hamdani
Street and Apt. No.: U.S. Attorney's Office
                     1000 Louisiana Street, Ste. 2300
City, State, ZIP+4: Houston, TX 77002

PS Form 3800

9589 0710 5270 1280 7520 20

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alamdar Hamdani
   U.S. Attorney's Office
   1000 Louisiana Street, Ste. 2300
   Houston, TX 77002

   9590 9402 8818 4005 7803 51

2. Article Number *(Transfer from service label)*

   9589 0710 5270 1280 7520 20

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*: Elvis D. Chase II
C. Date of Delivery: 10/21/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $4.10   0130 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $10.75 |
| Total Postage and Fees | $19.70 |

Postmark Here — 10/16/2024

Sent To: Merrick Garland
Street and Apt. No.: Attorney General of the United States
                     U.S. Department of Justice
                     950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800

9589 0710 5270 1280 7520 37

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merrick Garland
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   9590 9402 8818 4005 7803 68

2. Article Number *(Transfer from service label)*

   9589 0710 5270 1280 7520 37

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*: [illegible]
C. Date of Delivery: OCT 18 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt