# Exhibit B

Case 3:23-cv-00155   Document 55-2   Filed on 12/12/24 in TXSD   Page 1 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew Slavitt
was received by me on *(date)* 10/17/2024 .

☒ I personally served the summons on the individual at *(place)* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
at approximately 9:02 AM on *(date)* 10/23/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/24/2024

*Server's signature*

Isaura Flores-Betancourt, County of Los Angeles RPS #2014267953
*Printed name and title*

KMS Process Servers
1626 Chelsea Rd., Ste. 225, San Marino, CA 91108
*Server's address*

Additional information regarding attempted service, etc:



**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Friday, November 1, 2024 2:27 PM
**To:** Casey Norman <casey.norman@ncla.legal>; John Vecchione <john.vecchione@ncla.legal>
**Cc:** Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>
**Subject:** RE: Dressen v. Flaherty - Service Request

We are authorized to accept service of Judge Brown's procedures that you attached to your email yesterday.

**Michael H. Dore**
Partner

T: +1 213.229.7652
Cell: 1 213.258.5517
MDore@gibsondunn.com

Bio

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

1