# Exhibit C

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-CV-00155

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Vivek Murthy</u> was received by me on *(date)* <u>Oct 16, 2024, 2:30 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Security guard</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Vivek Murthy</u> on *(date)* <u>Thu, Oct 17 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/18/2024

_____
*Server's signature*

Emily Sommer
_____
*Printed name and title*

800 4th Street SW #N603, Washington, DC 20024
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 17, 2024, 8:54 pm EDT at ██████████████████████ received by Security guard.
Age: 60; Ethnicity: African American; Gender: Male; Weight: 180; Height: 6'0"; Hair: Bald;

Documents served: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT