# Exhibit D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-CV-00155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ALEJANDRO MAYORKAS</u> was received by me on *(date)* <u>Oct 16, 2024, 2:30 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>unsuccessful attempts have been made, see details below for more information</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/21/2024

*Server's signature*

Emily Sommer
*Printed name and title*

800 4th Street SW #N603, Washington, DC 20024
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 17, 2024, 8:24 pm EDT at ▮▮▮▮▮ No one authorized to accept.
2) Unsuccessful Attempt: Oct 18, 2024, 9:49 am EDT at ▮▮▮▮▮ No one authorized to accept service. Unable to attempt address due to security issues.
3) Unsuccessful Attempt: Oct 19, 2024, 2:11 pm EDT at ▮▮▮▮▮ Approached by security. Unable to attempt.
4) Unsuccessful Attempt: Oct 20, 2024, 8:41 pm EDT at ▮▮▮▮▮ Unable to attempt service, due to security protocol.

## Thomas Curro

| | |
|---|---|
| **From:** | Quast, Paul C. (CIV) <Paul.C.Quast@usdoj.gov> |
| **Sent:** | Friday, November 8, 2024 8:38 AM |
| **To:** | Thomas Curro; kara.lynum@hq.dhs.gov |
| **Cc:** | Casey Norman; John Vecchione; Jenin Younes; Chris Stokes; Fuchs, Siegmund F. (CIV); Jason.Robertson@hq.dhs.gov; Tamta.Zhorzholiani@hq.dhs.gov |
| **Subject:** | RE: Service of Process to Defendant Alejandro Mayorkas - Dressen v. Flaherty, No. 3:23-cv-00155 (S.D. Tex.) |

Received. Thank you.

Paul C. Quast
Trial Attorney
United States Department of Justice
Civil Division
Constitutional & Specialized Torts
1-202-616-4150 (phone)
1-202-616-4314 (facsimile)
paul.c.quast@usdoj.gov

---

**From:** Thomas Curro <thomas.curro@ncla.legal>
**Sent:** Thursday, November 07, 2024 4:24 PM
**To:** kara.lynum@hq.dhs.gov
**Cc:** Casey Norman <casey.norman@ncla.legal>; John Vecchione <john.vecchione@ncla.legal>; Jenin Younes <jenin.younes@ncla.legal>; Chris Stokes <chris.stokes@ncla.legal>; Quast, Paul C. (CIV) <Paul.C.Quast@usdoj.gov>; Fuchs, Siegmund F. (CIV) <Siegmund.F.Fuchs@usdoj.gov>; Jason.Robertson@hq.dhs.gov; Tamta.Zhorzholiani@hq.dhs.gov
**Subject:** [EXTERNAL] Service of Process to Defendant Alejandro Mayorkas - Dressen v. Flaherty, No. 3:23-cv-00155 (S.D. Tex.)

Counsel:

I am writing on behalf of Casey Norman, Attorney for Plaintiffs, in *Dressen v. Flaherty*, No. 3:23-cv-00155 (S.D. Tex.). Pursuant to earlier email correspondence between counsel, this email and its attachments constitute service of process to Defendant Alejandro Mayorkas in his individual capacity, notwithstanding the requirement to serve the U.S. Attorney and Attorney General of the United States pursuant to Federal Rule of Civil Procedure 4(i)(3). Please find attached:

1. Amended Complaint (ECF 42)
2. Issued Summons to Alejandro Mayorkas, in his individual capacity (ECF 46)
3. Galveston Division Rules of Practice

Sincerely,
Thomas Curro



**Thomas Curro**
*Paralegal*
New Civil Liberties Alliance
202.967.2501
thomas.curro@ncla.legal

1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-CV-00155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra was received by me on *(date)* Oct 16, 2024, 2:30 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: unsuccessful attempts have been made, see details below for more information ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/21/2024

*Server's signature*

Emily Sommer

*Printed name and title*

800 4th Street SW #N603, Washington, DC 20024

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 17, 2024, 7:51 pm EDT at ▮▮▮▮▮ Front gate is locked. There are no lights on in or around the property.
2) Unsuccessful Attempt: Oct 18, 2024, 9:11 am EDT at ▮▮▮▮▮ Knocked on the door for several minutes. Received no answer at the door. Noted no sounds or movement inside.
3) Unsuccessful Attempt: Oct 19, 2024, 12:28 pm EDT at ▮▮▮▮▮ Knocked on door for several minutes. No packages or mail. No sounds or movement noted
4) Unsuccessful Attempt: Oct 20, 2024, 8:16 pm EDT at ▮▮▮▮▮ Lights on within residence, but I received no answer at the door.

## Thomas Curro

| | |
|---|---|
| **From:** | Quast, Paul C. (CIV) <Paul.C.Quast@usdoj.gov> |
| **Sent:** | Friday, November 8, 2024 8:37 AM |
| **To:** | Thomas Curro; Anant.Kumar@hhs.gov |
| **Cc:** | Casey Norman; Jenin Younes; John Vecchione; Chris Stokes; Fuchs, Siegmund F. (CIV) |
| **Subject:** | RE: Service of Process to Defendant Xavier Becerra - Dressen v. Flaherty, No. 3:23-cv-00155 (S.D. Tex.) |

Received. Thank you.

Paul C. Quast
Trial Attorney
United States Department of Justice
Civil Division
Constitutional & Specialized Torts
1-202-616-4150 (phone)
1-202-616-4314 (facsimile)
paul.c.quast@usdoj.gov

---

**From:** Thomas Curro <thomas.curro@ncla.legal>
**Sent:** Thursday, November 07, 2024 5:24 PM
**To:** Anant.Kumar@hhs.gov
**Cc:** Casey Norman <casey.norman@ncla.legal>; Jenin Younes <jenin.younes@ncla.legal>; John Vecchione <john.vecchione@ncla.legal>; Chris Stokes <chris.stokes@ncla.legal>; Quast, Paul C. (CIV) <Paul.C.Quast@usdoj.gov>; Fuchs, Siegmund F. (CIV) <Siegmund.F.Fuchs@usdoj.gov>
**Subject:** [EXTERNAL] Service of Process to Defendant Xavier Becerra - Dressen v. Flaherty, No. 3:23-cv-00155 (S.D. Tex.)

Counsel:

I am writing on behalf of Casey Norman, Attorney for Plaintiffs, in *Dressen v. Flaherty*, No. 3:23-cv-00155 (S.D. Tex.). Pursuant to earlier email correspondence between counsel, this email and its attachments constitute service of process to Defendant Xavier Becerra in his individual capacity, notwithstanding the requirement to serve the U.S. Attorney and Attorney General of the United States pursuant to Federal Rule of Civil Procedure 4(i)(3). Please find attached:

1. Amended Complaint (ECF 42)
2. Issued Summons to Xavier Becerra, in his individual capacity (ECF 46)
3. Galveston Division Rules of Practice

Sincerely,
Thomas Curro

New Civil Liberties Alliance

**Thomas Curro**
*Paralegal*
New Civil Liberties Alliance
202.967.2501
thomas.curro@ncla.legal

Follow NCLA • X • LinkedIn • Facebook • YouTube • Instagram

1

**От:** Quast, Paul C. (CIV) <Paul.C.Quast@usdoj.gov>
**Отправлено:** четверг, ноября 7, 2024 5:06 PM
**Кому:** Casey Norman <casey.norman@ncla.legal>; Karen@karencooklaw.Com <Karen@karencooklaw.Com>; Smm@mccolloch-Law.Com <Smm@mccolloch-Law.Com>
**Копия:** Fuchs, Siegmund F. (CIV) <Siegmund.F.Fuchs@usdoj.gov>; John Vecchione <john.vecchione@ncla.legal>
**Тема:** RE: Dressen v. Flaherty, No. 3:23-cv-00155 (S.D. Tex.)

Casey,

I currently represent Secretary Becerra, Secretary Mayorkas, Surgeon General Murthy, Director Easterly, and Director Crawford.

Relatedly, the Office of General Counsel at HHS has agreed to accept service for Secretary Becerra in this case. If you will agree to do so, you can serve Secretary Becerra by emailing Anant Kumar (Anant.Kumar@hhs.gov) a copy of the summons and complaint for this case copying myself and Siegmund.

Thank you,

Paul C. Quast
Trial Attorney
United States Department of Justice
Civil Division
Constitutional & Specialized Torts
1-202-616-4150 (phone)
1-202-616-4314 (facsimile)
paul.c.quast@usdoj.gov


Paul C. Quast
Trial Attorney
United States Department of Justice
Civil Division
Constitutional & Specialized Torts
1-202-616-4150 (phone)

1-202-616-4314 (facsimile)
paul.c.quast@usdoj.gov

---

**From:** Casey Norman <casey.norman@ncla.legal>
**Sent:** Thursday, November 07, 2024 3:45 PM
**To:** Quast, Paul C. (CIV) <Paul.C.Quast@usdoj.gov>; Karen@karencooklaw.Com; Smm@mccolloch-Law.Com
**Cc:** Fuchs, Siegmund F. (CIV) <Siegmund.F.Fuchs@usdoj.gov>; John Vecchione <john.vecchione@ncla.legal>
**Subject:** [EXTERNAL] RE: Dressen v. Flaherty, No. 3:23-cv-00155 (S.D. Tex.)

Paul,

Thanks for letting us know. We'll email the summons and complaint to the specified individuals. Could you please let us know which other individual capacity defendants you're representing in this action?

Best,
Casey

**New Civil Liberties Alliance**

**Casey Norman***
*Litigation Counsel*
New Civil Liberties Alliance
202.908.6204
casey.norman@ncla.legal

*Not licensed in Virginia; admitted to practice in D.C., New York, Ohio, and select federal jurisdictions

Follow NCLA • X • LinkedIn • Facebook • YouTube • Instagram

We've moved! Our new address is:
4250 N. Fairfax Drive, Suite 300, Arlington, VA 22203

---

**From:** Quast, Paul C. (CIV) <Paul.C.Quast@usdoj.gov>
**Sent:** Thursday, November 7, 2024 1:21 PM
**To:** Casey Norman <casey.norman@ncla.legal>; Karen@karencooklaw.Com; Smm@mccolloch-Law.Com
**Cc:** Fuchs, Siegmund F. (CIV) <Siegmund.F.Fuchs@usdoj.gov>
**Subject:** Dressen v. Flaherty, No. 3:23-cv-00155 (S.D. Tex.)

Counsel,

I represent Secretary of Homeland Security Alejandro Mayorkas and other individual capacity defendants in *Dressen v. Flaherty*, No. 3:23-cv-00155 (S.D. Tex.). Secretary Mayorkas has authorized DHS Acting General Counsel Kara Lynum to accept service on his behalf for this case. If you are amenable to serving Secretary Mayorkas through Ms. Lynum (kara.lynum@hq.dhs.gov), please email her a copy of the summons and complaint for this case copying myself (Paul.C.Quast@usdoj.gov), my co-counsel Siegmund Fuchs (Siegmund.F.Fuchs@usdoj.gov), and DHS counsel Jason Robertson (Jason.Robertson@hq.dhs.gov) and Tamta Zhorzholianai (Tamta.Zhorzholiani@hq.dhs.gov). Under Federal Rule of Civil Procedure 4(i)(3), you must also serve the United States Attorney's Office and the Attorney General.

Please let me know if you have any questions.

Thank you,

Paul C. Quast
Trial Attorney

2

United States Department of Justice
Civil Division
Constitutional & Specialized Torts
1-202-616-4150 (phone)
1-202-616-4314 (facsimile)
paul.c.quast@usdoj.gov

**Mailing Address:**
Torts Branch, Civil Division
P.O. Box 7146
Benjamin Franklin Station
Washington, D.C. 20044-7146

**Street Address for Overnight Carriers:**
175 N Street, NE
Room 7.125
Washington, D.C. 20002

*CONFIDENTIALITY NOTICE: This email may contain confidential, legally privileged information intended only for the named recipient. If you are not the intended recipient, note that disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the intended recipient, is strictly prohibited. If you have received this email in error, please contact the sender immediately and delete this message.*