# Exhibit E

SHERIFF'S ENTRY OF SERVICE
SC-85-2
CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. 3:23-CV-155

Date Filed 10/16/24
20241024.005

Attorney's Address
Casey Norman
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203

Name and Address of Party to be Served.
Carol Crawford
[redacted]

| | Superior Court ☐ | Magistrate Court ☐ |
|---|---|---|
| | State Court ☐ | Probate Court ☐ |
| | Juvenile Court ☐ | |

~~Georgia~~ Texas, United States District Court for the Southern District of Texas COUNTY

Dressen, et al.
_____ Plaintiff

VS.

Flaherty, et. al.
_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☒ I have this day served the defendant Carol Crawford personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ___ years; weight ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 31 day of Oct, 20 24.

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carol Crawford
was received by me on *(date)* 10/24/2024.

☑ I personally served the summons on the individual at *(place)* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on *(date)* 10/31/24   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/31/2024

*Server's signature* CBurke #822

*Printed name and title* Deputy C. Burke #822

*Server's address* 1380 Monticello Rd, Madison, GA 30650

Additional information regarding attempted service, etc:



SHERIFF'S ENTRY OF SERVICE

SC-85-2

CLYDE CAULEBERRY CO., COVINGTON, GA 30015

| | |
|---|---|
| Civil Action No. 3:23-CV-155 | Superior Court ☐  Magistrate Court ☐ |
| | State Court ☐  Probate Court ☐ |
| Date Filed 10/16/24 | Juvenile Court ☐ |
| 202410024.005 | Texas United States District Court for the Southern District of Texas COUNTY |

Attorney's Address

Casey Norman
New Civil Liberties Alliance
4250 N. Fairfax Drive Suite 300
Arlington, VA 22203

Dressen, et al.
_____ Plaintiff

VS.

Flaherty, et al.
_____ Defendant

Name and Address of Party to be Served.

Carol Crawford
[REDACTED]

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☒ I have this day served the defendant _Carol Crawford_ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _Oct_, 20 _24_.

_____ #92
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT