# Exhibit F

# AFFIDAVIT OF SERVICE

| Case: 3:23-cv-00155 | Court: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION | County: Galveston, TX | Job: 12002165 |
|---|---|---|---|
| Plaintiff / Petitioner: Dressen, et al. | | Defendant / Respondent: Flaherty, et al. | |
| Received by: Patriot Process Service | | For: New Civil Liberties Alliance | |
| To be served upon: Jen Easterly | | | |

I, Patrice Rehrig, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Spencer R. Fisher, Chief Counsel for Department of Homeland Security's (DHS) Cybersecurity and Infrastructure Security Agency (CISA) authorized on behalf of Jen Easterly
1110 North Glebe Road • 7th Floor
Arlington, VA 22201

**Manner of Service:** Authorized, Oct 21, 2024, 12:12 pm EDT

**Documents:** Summons and Amended Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Oct 19, 2024, 9:45 am EDT at Confidential, VA 22314
Defendant/Recipient not at home/office at this time. Male Concierge Receptionist told me he thinks Ms. Easterly is walking her dog should return soon. I was not allowed to go to her apartment without her consent so I asked him to please call her after I waited in lobby for 15 minutes for her return - she told the concierge she was out for awhile and for me to please leave contact information for her to call me to deliver to her when she returns. I left my name company phone number with Concierge to give to her.

2) Unsuccessful Attempt: Oct 19, 2024, 6:14 pm EDT at Confidential, VA 22314
Defendant Jen Easterly refused to accept service — the condominium concierge must get permission to allow an individual on resident floors so she called to tell her she has a guest to deliver a document and per the concierge, the defendant Jen Easterly told the concierge "she did not want see me and that I was trespassing and had to leave the property."

3) Successful Attempt: Oct 21, 2024, 12:12 pm EDT at Spencer R. Fisher, Chief Counsel for Department of Homeland Security's (DHS) Cybersecurity and Infrastructure Security Agency (CISA): 1110 North Glebe Road 7th Floor, Arlington, VA 22201 received by Spencer R. Fisher, Chief Counsel for Department of Homeland Security's (DHS) Cybersecurity and Infrastructure Security Agency (CISA) authorized on behalf ofJen Easterly. Age: 47; Ethnicity: Caucasian; Gender: Male; Weight: 175-180; Height: 6'4"; Hair: Black; Other: Wears glasses, tall Caucasian male 35-40, thin build https://www.cisa.gov/about/leadership/spencer-r-fisher;

Recipient accepted paperwork personally and stated that they had the authority to do such.

*Patrice Rehrig* — October 24, 2024
Patrice Rehrig                                  Date

Patriot Process Service
3900 Jermantown Rd Suite 300
Fairfax, VA 22030
703-385-5300

State/Commonwealth of **VIRGINIA**
☐ City   ☒ County of   **PRINCE WILLIAM**

Subscribed and sworn to before me by the affiant who is peronsally known to me.

Notary Public

October 24, 2024     October 31, 2027     173948
Date                 Commission Expires     Reg. No.



Charles T. Proffitt
Commonwealth of Virginia
Notary Public
Commission No. 173948
My Commission Exp. 10/31/2027