# Exhibit G

Case 3:23-cv-00155     Document 55-7     Filed on 12/12/24 in TXSD     Page 1 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board of Trustees, The Leland Stanford Junior University, Office of the General Counsel.

was received by me on *(date)* 10/16/24.

☒ I personally served the summons on the individual at *(place)* 450 Jane Stanford Way, Bldg 170, 3rd floor main Quad, Stanford CA 94305 @ 12:40 on *(date)* 10/17/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 218.00 for services, for a total of $ 218.00.

I declare under penalty of perjury that this information is true.

Date: 10/17/24

Server's signature

Elijah Issacharoff / Process Server
Printed name and title

3017 Douglas Blvd #200
Roseville CA 95661
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Leland Stanford Junior University, Office of the General Counsel
was received by me on *(date)* 10/16/24 .

☒ I personally served the summons on the individual at *(place)* 450 Jane Stanford Way Bldg 170, 3rd Floor, Main Quad, Stanford CA 94305 on *(date)* 10/17/24 -12:40PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 218.00 for services, for a total of $ 218.00 .

I declare under penalty of perjury that this information is true.

Date: 10/17/24

Server's signature

Elijah Issacharoff / Process Server
Printed name and title

3017 Douglas Blvd #300, Roseville CA 95661
Server's address

Additional information regarding attempted service, etc: