# Exhibit H

Case 3:23-cv-00155 Document 46 Filed on 10/16/24 in TXSD Page 18 of 26
Case 3:23-cv-00155 Document 55-8 Filed on 12/12/24 in TXSD Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alex Stamos

was received by me on *(date)* 10/16/24 .

☑ I personally served the summons on the individual at *(place)* ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at 1:20PM on *(date)* 10/17/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0 for travel and $ 218.00 for services, for a total of $ 218.00 .

I declare under penalty of perjury that this information is true.

Date: 10/ /24

Server's signature

Elijah Issacharoff / Process Server
Printed name and title

3017 Douglas Blvd #300
Roseville CA 95661
Server's address

Additional information regarding attempted service, etc: