Case 3:23-cv-00155   Document 67   Filed on 12/23/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:23-cv-155 |
| ROBERT FLAHERTY, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

Before the court is defendant Andrew Slavitt's unopposed motion to stay his response deadline. Dkt. 66. The motion is granted. The court further orders Slavitt shall participate in the January 10, 2025, joint status report.

Signed on Galveston Island this 23rd day of December, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE