UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action 3:23-cv-155 |
| ROBERT FLAHERTY, *et al.*, | § § § | |
| Defendants. | § § § § | |

## NOTICE

Federal Defendants file this notice to clarify the Stanford Defendants' position on the Joint Motion for Extension of Time. *See* ECF No. 86. In this Motion, the Movants conveyed that "Counsel for Stanford Defendants has indicated that they do not object to the request for a three-month extension of Federal Defendants' response deadline, but that they do not consent to the request for a unified response deadline with respect to Plaintiffs' response to Defendants' motions to dismiss." *Id.* at 2. That is incorrect, and based on inadvertent miscommunication.

The Stanford Defendants have communicated that they oppose the Joint Motion in its entirety, and intend to file a response.

The Federal Defendants apologize for any miscommunication.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

-1-

-2-

<u>/s/ Pardis Gheibi</u>
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Government Defendants*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*