## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action 3:23-cv-155 |
| | § | |
| ROBERT FLAHERTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

### ADVISORY

Government Defendants respectfully advise the Court that they will not be filing an Answer to Plaintiffs' Amended Complaint. Instead, Government Defendants will file a Motion to Dismiss Plaintiffs' Amended Complaint on May 6, 2025, pursuant to the Court's April 22, 2025, Order. *See* ECF No. 93 ("Any dispositive motions the defendants wish to file should be filed by May 6th, 2025.").

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Government Defendants*

-1-

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.


*/s/ Pardis Gheibi*