Case 3:23-cv-00155   Document 126   Filed 02/10/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.*, | § § | |
| Plaintiffs. | § § | |
| VS. | § § | 3:23-cv-00155 |
| ROB FLAHERTY, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On May 13, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 98. Judge Edison filed a memorandum and recommendation on December 11, 2025, recommending that the court grant five motions to dismiss (Dkts. 85, 88, 89, 94, and 96) filed by the defendants. *See* Dkt. 113 at 25.

On January 9, 2026, the plaintiffs filed objections to the memorandum and recommendation. Dkt. 115. One of the defendants, Andrew Slavitt, also filed objections. Dkt. 116. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, the memorandum and recommendation, the pleadings, and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 113) is approved and adopted in its entirety as the holding of the court; and

(2) Defendants' motions to dismiss (Dkts. 85, 88, 89, 94, and 96) are granted.

SIGNED on Galveston Island this 10th day of February, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE