# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*June 03, 2026*

Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit

**FILED**

June 3, 2026

Lyle W. Cayce
Clerk

No. 26-40207

ERNEST RAMIREZ; BRIANNE DRESSEN; SHAUN BARCAVAGE; SUZANNA NEWELL; NIKKI HOLLAND; KRISTI DOBBS,

*Plaintiffs—Appellants/Cross-Appellees,*

*versus*

WHITE HOUSE DIRECTOR OF DIGITAL STRATEGY, *Donald J. Trump, President of the United States, in his official capacity*; KAROLINE LEAVITT, *White House Press Secretary, in her official capacity*; DEPARTMENT OF HEALTH & HUMAN SERVICES; ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services, in his official capacity*; DENISE HINTON, *Acting United States Surgeon General, in her official capacity*; CENTER FOR DISEASE CONTROL AND PREVENTION; CAROL Y. CRAWFORD, *Chief of the Digital Media Branch of the Division of Public Affairs at the CDC, in her official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security, in his official capacity*; CYBERSECURITY & INFRASTRUCTURE SECURITY AGENCY; NICHOLAS M. ANDERSEN, *Acting Director and Deputy Director for Cybersecurity and Infrastructure Security Agency, in his official capacity*; ALEX STAMOS, *Director of the Stanford Internet Observatory*; RENEE DIRESTA, *Research Manager of the Stanford Internet Observatory*; BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; LELAND STANFORD JUNIOR UNIVERSITY,

*Defendants—Appellees,*

ANDREW SLAVITT;

*Defendant—Appellee/Cross-Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:23-CV-155

ORDER:

IT IS ORDERED that Appellants / Cross-Appellees' motion to amend the case caption and title is GRANTED.

IRMA CARRILLO RAMIREZ
*United States Circuit Judge*

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 03, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-40207    Ramirez v. WH Dir of Digital Strategy
               USDC No. 3:23-CV-155

Enclosed is an order entered in this case.

             Sincerely,

             LYLE W. CAYCE, Clerk

             By: _____
             Sean Hannan, Deputy Clerk
             504-310-7702

Mr. John B. Bellinger III
Mr. Raffi Melkonian
Ms. Katherine Norman
Mr. Nathan Ochsner
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Daniel Winik
Mr. Stephen K. Wirth